UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARBOR CAMPOS-RODRIGUEZ, | No. 2:17-cv-1269 DB P |
| Plaintiff, | |
| v. | ORDER |
| JONES, et al., | |
| Defendants. | |

Plaintiff is a county jail prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants interfered with his legal mail. In orders filed January 23 and March 7, 2018, the court found service of the complaint appropriate on defendants Bedford and Jones. (ECF Nos. 13, 16.) So that the U.S. Marshal may serve these defendants, the court ordered plaintiff to submit documents to the court, including three copies of his complaint.

On March 12, 2018, plaintiff filed a motion for a preliminary injunction. (ECF No. 17.) Therein, plaintiff states that the El Dorado County Sheriff's Office has not provided an "adequate law library" or a means for plaintiff to make copies of his legal documents. In order to consider plaintiff's motion, the court requires more specific information. First, as plaintiff was informed in the court's order denying his motion for the appointment of counsel, if plaintiff contends the law library is inadequate, he must explain how that inadequacy has harmed his ability to proceed with

1

this case.  Currently, plaintiff's only obligation is to provide the court with documents necessary to serve defendants Bedford and Jones.  That obligation should not require library access.  If it does, plaintiff must explain why.  Second, the court is concerned about plaintiff's contention that he is unable to make copies.  If that remains the case, plaintiff should inform the court who is denying him access to photocopying services and the court will recommend the district court order that person to permit plaintiff to make copies.  In addition, plaintiff may seek an extension of time to provide the court with the service documents.

For these reasons, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall file a supplement to his motion for a preliminary injunction to address the court's concerns set out above.

Dated:  March 19, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/camp1269.pi supp