UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARBOR CAMPOS-RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JONES, et al.,<br><br>    Defendants. | No. 2:17-cv-1269 JAM DB P<br><br><br>ORDER |

    Plaintiff is proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants interfered with his legal mail when he was incarcerated at the South Lake Tahoe Jail. Several motions are pending in this case. However, the court notes that plaintiff had also been pursuing a second case in this court, <u>Campos-Rodriguez v. Dagostini</u>, No. 2:17-cv-1448 KJM DB. The court issued orders in that case on August 17, September 11, and September 25, 2018. All were returned to the court as undeliverable to plaintiff at the address provided.

    The address plaintiff used in case no. 2:17-cv-1448 KJM DB is the same address used in the present case: South Lake Tahoe Jail, 1051 Al Tahoe Blvd., South Lake Tahoe, CA. If plaintiff wishes to maintain an action in this court, Local Rule 182(f) requires plaintiff to keep the court apprised of his current address. Before proceeding to decide the motions pending in the present case, plaintiff shall notify the court of his current address. If he fails to do so, the

undersigned will recommend dismissal of this action for plaintiff's failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall provide the court with his current address. If he fails to do so, this court will recommend this action be dismissed.

Dated: October 18, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/camp1269.no address