UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARBOR CAMPOS -RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JONES, et al.,<br><br>  Defendants. | No. 2:17-cv-1269 JAM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants interfered with his legal mail when he was incarcerated at the South Lake Tahoe Jail. In an order filed October 19, 2018, the court ordered plaintiff to provide the court with his current address if he wished to maintain this action. (ECF No. 39.) The court advised plaintiff that Local Rule 182(f) requires plaintiff to keep the court apprised of his current address. Plaintiff was warned that if he failed to provide a current address within thirty days, this court would recommend dismissal of this action.

The October 19 order was served on plaintiff at the address he provided. It was returned to the court as undeliverable. Plaintiff has not provided an updated address or otherwise responded to the court's October 19 order.

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to comply with the local rules and with court orders. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 26, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/camp1269.fr